1  Jeffrey M. Lenkov, Esq. (State Bar No. 156478)
       *jml@manningllp.com*
2  Joseph McCormack, Esq. (State Bar No. 315803)
       *jxm@manningllp.com*
3  **MANNING & KASS**
   **ELLROD, RAMIREZ, TRESTER LLP**
4  801 S. Figueroa St, 15th Floor
   Los Angeles, California 90017-3012
5  Telephone: (213) 624-6900
   Facsimile: (213) 624-6999
6
7  Attorneys for Defendant, Garfield Beach
   CVS LLC (Doe 1)

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

| 11 CHERYL ADAMS,                         | Case No.                                      |
|------------------------------------------|-----------------------------------------------|
| 12         Plaintiff,                    | (State Court Case No. 21STCV02412)            |
| 13     v.                                | **DEFENDANT GARFIELD BEACH CVS, LLC's NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b); DECLARATION OF JEFFREY LENKOV; DEMAND FOR JURY TRIAL** |
| 14 CVS PHARMACY, INC., a corporation DOES 1 to 50 inclusive | |
| 15                                       | |
| 16         Defendant.                    | |

17     TO THE CLERK OF THE ABOVE-ENTITLED COURT:

18     PLEASE TAKE NOTICE that Defendant GARFIELD BEACH CVS, LLC
19 (hereinafter "Garfield Beach") hereby removes to this Court the State Court action
20 described below:

21     1.     On January 20, 2021, Plaintiff Cheryl Adams filed this action in the
22 Superior Court of the State of California, County of Los Angeles, as Case No.
23 21STCV02412, against CVS Pharmacy, Inc., with a prayer for damages in the amount
24 of $5,000,000. A true and correct copy of the Summons and Complaint is attached
25 hereto as Exhibit "A".

26     2.     On April 8, 2021, Plaintiff filed a Request for Dismissal as to Defendant
27 CVS Pharmacy, Inc. A true and correct copy of the Request for Dismissal is attached
28 hereto as Exhibit "B".

4816-2925-8728.1

**NOTICE OF REMOVAL**

3. On April 8, 2021, Plaintiff filed an Amendment to Complaint adding Defendant Garfield Beach CVS, LLC as Doe 1. A true and correct copy of the Amendment to Complaint is attached hereto as Exhibit "C".

4. Defendant Garfield Beach filed its Answer to the Complaint on May 6, 2021. A true and correct copy of Defendant Garfield Beach's Answer is attached hereto as Exhibit "D".

5. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1332, and is one which may be removed to this Court by Defendant Garfield Beach pursuant to the provisions of 28 U.S.C. § 1441, in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000.00, exclusive of interest and costs.

6. Diversity of the parties exists as Plaintiff was, at the time of the filing of this action, and presently remain, resident and citizen of the State of California.

7. Defendant Garfield Beach CVS, LLC is incorporated in Rhode Island with its principal place of business in Rhode Island.

8. Defendant Garfield Beach removed this action within 30 days after receipt of Plaintiff's Amendment to Complaint adding Garfield Beach as Doe 1. Therefore, removal of this action is timely pursuant to 28 U.S.C. § 1446(b)(3).

DATED: May 7, 2021          **MANNING & KASS**
                            **ELLROD, RAMIREZ, TRESTER LLP**


                            By: _____*/s/ Jeffrey M. Lenkov*_____
                                 Jeffrey M. Lenkov
                                 Joseph J. McCormack
                                 Attorneys for Defendant, Garfield Beach
                                 CVS LLC (Doe 1)

## DECLARATION OF JEFFREY M. LENKOV

I, Jeffrey M. Lenkov, declare that:

1. I am an attorney at law duly licensed to practice before this Court and all of the courts of the State of California. I am a member at Manning & Kass, Ellrod, Ramirez, Trester LLP, the attorneys for Garfield Beach CVS, LLC. If called upon to do so, I could and would testify to the following from my personal knowledge, except as to those matters stated on information and belief, as to which I believe them to be true.

2. On January 20, 2021, Plaintiff Cheryl Adams filed this action in the Superior Court of the State of California, County of Los Angeles, as Case No. 21STCV02412, against CVS Pharmacy, Inc., with a prayer for damages in the amount of $5,000,000. A true and correct copy of the Summons and Complaint is attached hereto as Exhibit "A".

3. On April 8, 2021, Plaintiff filed a Request for Dismissal as to Defendant CVS Pharmacy, Inc. A true and correct copy of the Request for Dismissal is attached hereto as Exhibit "B".

4. On April 8, 2021, Plaintiff filed an Amendment to Complaint adding Defendant Garfield Beach CVS, LLC as Doe 1. A true and correct copy of the Amendment to Complaint is attached hereto as Exhibit "C".

5. Defendant Garfield Beach filed its Answer to the Complaint on May 6, 2021. A true and correct copy of Garfield Beach's Answer is attached hereto as Exhibit "D".

6. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1332, and is one which may be removed to this Court by Defendant Garfield Beach pursuant to the provisions of 28 U.S.C. § 1441, in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000.00, exclusive of interest and costs.

7. Diversity of the parties exists as based on information and belief,

1  Plaintiff was, at the time of the filing of this action, and presently remain, resident and
2  citizen of the State of California.
3      8.    Defendant Garfield Beach CVS, LLC is incorporated in Rhode Island
4  with its principal place of business in Rhode Island.
5      9.    Defendant Garfield Beach removed this action within 30 days after
6  receipt of Plaintiff's Amendment to Complaint adding Garfield Beach as Doe 1.
7  Therefore, removal of this action is timely pursuant to 28 U.S.C. § 1446(b)(3).
8      I declare under penalty of perjury under the laws of the United States of
9  America that the foregoing is true and correct and that this declaration was executed
10 at Los Angeles, California, on May 7, 2021.

*/s/ Jeffrey M. Lenkov*
Jeffrey M. Lenkov

## DEMAND FOR JURY TRIAL

Defendant Garfield Beach CVS, LLC hereby demands trial of this matter by jury.

DATED: May 7, 2021         **MANNING & KASS**
                           **ELLROD, RAMIREZ, TRESTER LLP**

By: */s/ Jeffrey M. Lenkov*
   Jeffrey M. Lenkov
   Joseph McCormack
   Attorneys for Defendant, Garfield Beach CVS LLC (Doe 1)